**Name and Prisoner/Booking Number:** Melia Price Williams / 315 969 2155

**Place of Confinement:** Cochise County Jail (CB-13)

**Mailing Address:** 203 N. Judd Dr.

**City, State, Zip Code:** Bisbee, AZ 85603

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ____ LODGED
RECEIVED ____ COPY

OCT - 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**(Full Name of Plaintiff):** Melia Price Williams

Plaintiff,

v.

**(Full Name of Defendant):**
(1) More than 6 Sierra Vista officers
(2) Judge Jason A. Lindstrom
(3) _____
(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-23-461-TUC-JAS(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: near intersection of Coronado + Winterhaven in Sierra Vista, AZ

## B. DEFENDANTS

✱ 1. Name of first Defendant: __Officer Benjamin plus the other 6 officers__. The first Defendant is employed as: __an officer__ at __Sierra Vista police dept.__
   (Position and Title)                                    (Institution)

✱ 2. Name of second Defendant: __Officer Wood plus the other 6 officers__. The second Defendant is employed as: __an officer__ at __Sierra Vista police dept.__
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Jason A. Lindstrom__. The third Defendant is employed as: __Division 5 Judge At Superior Court__ at __Superior Court in Bisbee__
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)                                    (Institution)

✱ More than 6 officers where violation occured. I couldn't see all of their name tags.

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Excessive use of deadly force by multiple officers over an accidental public encounter, on the way to a court ordered visitation with my children.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This started because of an accidental public encounter at Target w/ my daughters. In Target, I was making every effort to avoid them, but because of the confined space, I decided I had better get out of there. I only had a few hours until I needed to be at a court ordered visitation w/ my children at the mall in Sierra Vista. I was driving down Buffalo Soldier nearing Coronado Blvd. I saw a SUV's behind me turn on their lights. I immediately put on my blinker to turn left on Coronado. Then immediate right onto Winterhaven. All of a sudden, there were 6 white police SUV's come out of nowhere and swarmed my car. One of the SUV's parked directly in front of me + the other 5 were all around + behind me. Several officers approached my driver window and yelled "Get out of the car!" Simultaneously, 2 officers at my passenger side; one of them broke into my car, reached over and punched the ignition w/ his finger, knocking my phone off the dashboard in the process. The officers at my driver side began yanking my shoulders + yanking me out of the car. They violently threw me to the ground and forced their weight on me to cuff me. I remember trying to speak b/c my face was shoved to the ground. They yanked me up on my feet, I said, "I don't understand — what's going on?" I told them I had a court ordered visitation that I was headed to.
   (Cont'd 3-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I had a contusion, a hematoma on my left shin. A bleeding bruise (2" in diameter) on left knee, 3 bruises on right arm, bruised shoulder + breast bone. They searched and towed and impounded my car.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I did not submit an appeal for administrative relief at the highest level because it's not applicable at my institution (jail)

3

(cont'd) page 3-A

They quickly snapped, "Oh they know you're not coming."
I said, "I think I'm bleeding."
The officers said, "You're not bleeding."
They shoved me into the back of the police car, searched my vehicle, had it towed and impounded. ~~and arrested before~~

✶ All this information is to the best of my ability.

(cont'd) page 4-A

With 2/3 of the counsel (Michael Farro and Joan Sacramento) filing for a continuance. Lindstrom does not hear defense in his courtroom. I've been fighting in his court for 2 years and his bias toward the plaintiff cannot be denied. He's putting restraining orders on my court ordered visitations! The fallout is uneccesary arrests, traumatized visitations, and ~~common sense~~ there is no common sense in his decision making. Lindstrom callously remarked, "This court has bent over backwards to give Ms. Price her visitations and she's done nothing but violated my orders."
        Such a false representation of the TRUTH

Page 3-A and 4-A

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Civil rights of being a mother were criminalized through signed restraining orders on my children. Repeated arrests b/c I had court ordered visitations that were criminalized by restraining orders.</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: <u>Criminalized court ordered visitations with my children.</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>Jason A. Lindstrom is the judge presiding over my civil custody case for my children. He has court ordered my visitations, which are every weekend with my children and with the same pen, turned and signed restraining orders against me to my children based on lies from the father. Lindstrom is guilty of civil case interferences, by signing restraining orders that weaponize my court ordered visitations. He has weaved violence into peaceful processes and has criminalized civility. After receiving zero from my divorce after 21 yrs, all that remained was my weekend visitations with my children. Then he signed restraining orders to bind me up with unecessary arrests, because that's what keeps happening. Lindstrom "pulled the plug" on a final hearing that had been scheduled for 9 months! I was waiting for 9 months, since he had promised on January 12, 2023 that a final hearing would take place on Sept. 26 + 27 for my parenting time. He called an impromptu hearing on Sept. 21, just days before, and he awarded sole parenting to the father b/c I was in custody on charges that were in place b/c of the very conflicting reality of his contentious restraining orders. He disallowed a continuance for a final hearing, in the face of an open forensic investigation and with 2/3 of the counsel (Cont'd 4-A)</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). <u>My court ordered visitations have come to a halt! I spent over $16,000.⁰⁰ (I can produce receipts) from Oct. 2022 - July 2023 to visit my children with hired supervisors + renting facilities that housed the visitations. None of (this activity) these expenses) have been heard or reviewed.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>No, I didn't submit an appeal for administrative releif at the highest level b/c it's not applicable at my institution.</u>

4

E. **REQUEST FOR RELIEF**

State the relief you are seeking:

Count 1: vehicle impounded and towed - $1000.00  Lost my house b/c of arrest $3000.00 Storage unit $200/mo. Prevented new employment because of criminal charges Lost out on 3 months of current employment and lost my job $15,000.00 Attorney fees to fight criminal charges from Sept. 2021 until present day is $130,000.00 Payment for days in jail - market price.
I have receipts for the attorney fees to verify that this is true. Also, I can produce receipts for employment lost and missed + storage unit.
Total: $150,000 approx.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/29/23
            DATE

                                    Melia Price Willis
                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.